FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant, Glencoe Management, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN M. JENKINS, an Individual, | Case No. 2:19-cv-01296-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | (First Request) |
| GLENCOE MANAGEMENT, INC., a Nevada Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including September 13, 2019 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defense counsel has only recently been retained and will require further time to review and respond to the allegations. This is the first request for an extension of this deadline.

| FISHER & PHILLIPS | THE MEDRALA LAW FIRM |
|---|---|
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Jakub Medrala, Esq. |
| 300 S. Fourth Street #1500 | 1091 S. Cimarron Road, #A-1 |
| Las Vegas, NV 89101 | Las Vegas, NV 89145 |
| Attorney for Defendant | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2019

- 1 -

FPDOCS 35944173.1