FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant, Glencoe Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN M. JENKINS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>GLENCOE MANAGEMENT, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 2:19-cv-01296-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF No. 26 |

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| FISHER & PHILLIPS | THE MEDRALA LAW FIRM |
|---|---|
| By: /s/<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas, NV 89101<br>Attorney for Defendant | By: /s/<br>Jakub Medrala, Esq.<br>1091 S. Cimarron Road, #A-1<br>Las Vegas, NV 89145<br>Attorney for Plaintiff |

### ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 29, 2020

FP 36987373.1